IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Judge Robert W. Schroeder III

| | | |
|---|---|---|
| PABST LICENSING GmbH & CO., KG | § | |
| | § | |
| V. | § | CIVIL NO. 6:15CV1095 |
| | § | |
| APPLE, INC., et al | § | |

MINUTES FOR SCHEDULING CONFERENCE
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JUNE 24, 2016

OPEN: 10:15 am                                                                 ADJOURN: 10:58 pm

ATTORNEY FOR PLAINTIFFS:     See Attorney Sign In Sheet

ATTORNEY FOR DEFENDANTS:  See Attorney Sign In Sheet

LAW CLERK:                              Boone Baxter

COURTROOM DEPUTY:          Betty Schroeder

COURT REPORTER:                 Brenda Smith

10:15 am    Court welcomes parties; brief summaries of case; Court reviews DCO dates; discussion on disputes (dkt. #70); Court will go with November 2, 2016; Motion to Transfer is fully briefed and ready for hearing; date will be determined; discussion on Motion to Resolve Discovery Order (dkt. #69); parties will meet and confer regarding number of experts; Court will allow 25 interrogatories per side, plus 7 per defendant group; Court will allow 40 Requests for Admission per side plus 7 per defendant group; regarding depositions on 30(b)(6), Court will allow defendant groups jointly 14 hours of Plaintiff, plus 4 hours per defendant group; regarding deposition hours for experts, the Court will allow 5 hours for each defendant group; Court will review Motion to Resolve (dkt. #78); parties are to submit a new DCO and Discovery Order within one week; parties are to meet and confer to determine if 101 motions will be filed and if so, if a Markman hearing will be necessary before ruling on motion

10:58 am    Recess