**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| PAPST LICENSING GMBH & CO. KG, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:15-cv-1095 |
| APPLE INC., | § § | Jury Trial Demanded |
| Defendant. | § § § § | |

**ORDER GRANTING APPLE INC.'S UNOPPOSED MOTION FOR LEAVE**
**TO FILE EXCESS PAGES FOR EXHIBITS TO ITS**
**MOTION TO COMPEL INTERROGATORY RESPONSES FROM PLAINTIFF**

Before this Court is Defendant Apple Inc.'s Unopposed Motion for Leave to File Excess Pages for Exhibits to its Motion to Compel Interrogatory Responses from Plaintiff Papst Licensing GMBH & Co. KG.

After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is GRANTED.