**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| PAPST LICENSING GMBH & CO. KG, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC, <br><br> Defendant. | Civil Action No. 6:15-cv-1095 <br><br> LEAD CASE |
| PAPST LICENSING GMBH & CO. KG, <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG ELECTRONICS MOBILECOMM USA, INC. <br><br> Defendants. | Civil Action No. 6:15-CV-01099 <br><br> CONSOLIDATED |

**NOTICE OF INSTITUTION OF RELATED *INTER PARTES* REVIEW PROCEEDINGS**

The Court has previously been advised of the 41 *Inter Partes* Review petitions that have been filed against the five patents-in-suit. Further, the Court is aware that the Patent Trial and Appeal Board (PTAB) of the United States Patent and Trademark Office instituted numerous proceedings against U.S. Patent Nos. 8,966,144 ("the '144 patent") and 8,504,746 ("the '746 patent"). Those proceedings are going forward with oral argument scheduled for the second week of September 2017 with Final Written Determinations due no later than December 15, 2017.

Just last week the PTAB instituted *Inter Partes* Review proceedings against U.S. Patent No. 9,189,437 ("the '437 patent"). Under the Scheduling Order in that proceeding, oral argument

1

before the PTAB is set for November 9, 2017. Accordingly, three of the five patents-in-suit now have instituted IPR proceedings pending with the PTAB.

With respect to the remaining two patents-in-suit, namely U.S. Patent Nos. 6,470,399 ("the '399 patent") and 6,895,449 ("the '449 patent"), petitions remain pending with the PTAB still considering whether to institute proceedings. The earliest dates for a decision on institution in those proceedings is April 19, 2017.

Dated: February 13, 2017                             Respectfully submitted,

                                                     GREENBERG TRAURIG, LLP

                                                     */s/ Herbert H. Finn*
                                                     Herbert H. Finn (Illinois Bar #6205685)
                                                     Jonathan E. Giroux (Illinois Bar #6306024)
                                                     77 West Wacker Drive, Suite 3100
                                                     Chicago, IL 60601
                                                     Telephone: (312) 456-8400
                                                     Fax: (312) 456-8435
                                                     finnh@gtlaw.com
                                                     girouxj@gtlaw.com

                                                     Melissa R. Smith
                                                     State Bar No. 24001351
                                                     GILLAM & SMITH, LLP
                                                     303 South Washington Avenue
                                                     Marshall, Texas 75670
                                                     Telephone: (903) 934-8450
                                                     Facsimile: (903) 934-9257
                                                     melissa@gillamsmithlaw.com

                                                     *Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Mobileomm USA, Inc.*

3

**CERTIFICATE OF SERVICE**

  I hereby certify that I caused a true and correct copy of the foregoing NOTICE OF INSTITUTION OF RELATED INTER PARTES REVIEW PROCEEDINGS to be served on all counsel of record via electronic mail in accordance with the Federal Rules of Civil Procedure and Local Rules of this Court.

Feburary 13, 2016          */s/ Melissa R. Smith*